855 A.2d 759

COMMONWEALTH of Pennsylvania, Appellant,

v.

Jose Rene SANTIAGO, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided Aug. 18, 2004.

Janna Rae Steinruck, for Com. of Pa.

James Jude Karl, Merrill Michael Spahn, Jr., Strasburg, for Jose R. Santiago.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.